# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. JAY JOSHI and NATIONAL PAIN CENTERS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendant. | Case No. 1:18-cv-03626 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, DR. JAY JOSHI and NATIONAL PAIN CENTERS, LLC, and Defendant, WALGREEN CO., by and through their attorneys, hereby stipulate to the dismissal of the complaint with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| /s/ David B. Levin <br> Attorney for Plaintiff <br> Illinois Attorney No. 6212141 <br> Law Offices of Todd M. Friedman, P.C. <br> 333 Skokie Blvd., Suite 103 <br> Northbrook, IL 60062 <br> Phone: (224) 218-0882 <br> dlevin@toddflaw.com | /s/ Bradley J. Andreozzi <br> Attorney for Defendant <br> Illinois Attorney No. 6257334 <br> Drinker Biddle & Reath LLP <br> 191 North Wacker Drive, Suite 3700 <br> Chicago, IL 60606-1698 <br> Phone: (312) 569-1173 <br> bradley.andreozzi@dbr.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2018 a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff