# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Jay Joshi, et al.
                    Plaintiff,

v.                                        Case No.: 1:18−cv−03626
                                          Honorable Matthew F. Kennelly

Walgreen Co., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 13, 2018:

MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion to dismiss [20] is terminated as moot. Pursuant to the parties' stipulation, the case is dismissed with prejudice and without costs. The 11/20/2018 status hearing is vacated. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.